UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

RAFAEL "RAFA" VERGARA HERMOSILLA,

    Plaintiff,

v.

THE COCA-COLA COMPANY, a Delaware Corporation,

    Defendant.

Case No. 10-21418-CIV-MOORE/SIMONTON

## NOTICE OF COMPLIANCE

Pursuant to the Court's June 2, 2010 Order Granting in Part Plaintiff's Motion for Preliminary Injunction (the "Order") (D.E. 31), defendant, The Coca-Cola Company ("TCCC"), while reserving all rights of reconsideration and appeal, hereby gives notice that it has complied with the requirements of the Order.

More specifically, TCCC reports that with respect to TCCC websites where the song *Wavin' Flag (Coca-Cola Spanish Celebration Mix)*(the "Song") is offered for download, conspicuous notice has been placed indicating Rafael Vergara's contribution to the Song.

The websites affected are the following:

(1) http://www.businesswire.com/smp/FIFAWorldCupTrophyTourbyCoca-Cola/

(2) http://www.coca-cola.com.co/es/index.html?WT.pi=Change%20Market

(3) http://www.ummpromociones.com/wavinflag/registro.php?WT.CI=IWT.mm=

(4) http://www.coca-cola.com.ec/es/index.html?WT.pi=Change%20Market

(5) www.cocacola.es/eloncedelaaficion/nuestrohimno

(6) www.coca-cola.com.ve

In addition, Universal Music Mexico, S.A. de C.V. and OctoScope Music LLC, d/b/a A&M Octone Records (collectively, "Universal"), TCCC's licensees of the Song, have made certain uses of the Song. Universal reports that it has given adaption credit to Mr. Vergara with respect to the following uses of the Song by it.

> (a) All digital uses -- including sales of the Song on iTunes or through other digital vendors such as Amazon or Wal-Mart -- have now been programmed and transmitted by Universal to identify Mr. Vergara as the adapter of the Spanish lyrics where and in the same form in which the English language songwriters are credited;[1] and
>
> (b) All liner notes in the CD booklets for new shipments of physical product of K'naan's *Troubadour* album (containing the Song) in the U.S. will identify Mr. Vergara as the adapter of the Spanish lyrics where and in the same form in which the English language songwriters are credited.

Apart from the above uses, there are no uses of the Song by TCCC or by Universal (of which TCCC is aware) where (1) the original English composers[2] are credited, or (2) a composer is often credited with such a use.

Respectfully submitted,

THE COCA-COLA COMPANY

By its attorneys,

s/Sanford L. Bohrer
Sanford L. Bohrer (FBN 160643)
Brian A. Briz (FBN 657557)
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3000
Miami, Florida 33131
Tel: (305) 374-8500
Fax: (305) 789-7900
sandy.bohrer@hklaw.com
brian.briz@hklaw.com

---

[1] Universal is making every effort to assure that the transmitted credit for Mr. Vergara is being expeditiously accepted by, and updated on, the vendor websites, which on their own have the power to determine their websites' content.

[2] There are four composers of the original version of *Wavin' Flag*.

2

– and –

Gordon P. Katz*
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA  02116
Tel:  (617) 523-2700
Fax:  (617) 523-6850
gordon.katz@hklaw.com

Vernon M. Strickland*
HOLLAND & KNIGHT LLP
1201 West Peachtree Street, Suite 2000
One Atlantic Center
Atlanta, GA  30309
Tel:  (404) 817-8500
Fax:  (404) 881-0470
vernon.strickland@hklaw.com

Brad R. Newberg*
HOLLAND & KNIGHT LLP
1600 Tysons Boulevard
Suite 700
McLean, VA  22102
Tel:  (703) 720-8600
Fax:  (703) 720-8610
brad.newberg@hklaw.com


* Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 11, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Brian A. Briz

## SERVICE LIST

James M. Kaplan, Esq.
james.kaplan@kaplanzeena.com
William Zeena, Jr., Esq.
william.zeena@kaplanzeena.com
Michael C. Foster, Esq.
michael.foster@kaplanzeena.com
KAPLAN ZEENA LLP
*Attorneys for Plaintiff*
2 South Biscayne Blvd.
One Biscayne Tower
Suite 3050
Miami, FL 33131
Tel: (305) 530-0800
Fax: (305) 530-0801

Service via transmission of Notices of Electronic Filing generated by CM

# 9523554_v1