UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

RAFAEL "RAFA" VERGARA HERMOSILLA,

    Plaintiff,

v.

THE COCA-COLA COMPANY, a Delaware Corporation,

    Defendant.

Case No. 10-21418-CIV-MOORE/SIMONTON

## NOTICE OF APPEAL

Notice is hereby given that The Coca-Cola Company ("Defendant"), defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order Granting in Part Plaintiff's Motion for Preliminary Injunction, entered in this action on June 2, 2010 (the "Order") [D.E. 31]. A copy of the Order is attached hereto.

[The remainder of this page is left intentionally blank]

THE COCA-COLA COMPANY,

By its attorneys,

s/Sanford L. Bohrer
Sanford L. Bohrer (FBN 160643)
s/Brian A. Briz
Brian A. Briz (FBN 657557)
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 3000
Miami, Florida 33131
Tel: (305) 374-8500
Fax: (305) 789-7900
sbohrer@hklaw.com
brian.briz@hklaw.com

– and –

Gordon P. Katz*
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850
gordon.katz@hklaw.com

Vernon M. Strickland*
HOLLAND & KNIGHT LLP
1201 West Peachtree Street
One Atlantic Center, Suite 2000
Atlanta, GA 30309
Tel: (404) 817-8500
Fax: (404) 881-0470
vernon.strickland@hklaw.com

Brad R. Newberg*
HOLLAND & KNIGHT LLP
1600 Tysons Boulevard
Suite 700
McLean, VA 22102
Tel: (703) 720-8600
Fax: (703) 720-8610
brad.newberg@hklaw.com

* Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 18, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Brian A. Briz

## SERVICE LIST

James M. Kaplan, Esq.
james.kaplan@kaplanzeena.com
William Zeena, Jr., Esq.
william.zeena@kaplanzeena.com
Michael C. Foster, Esq.
michael.foster@kaplanzeena.com
KAPLAN ZEENA LLP
*Attorneys for Plaintiff*
2 South Biscayne Blvd.
One Biscayne Tower
Suite 3050
Miami, FL 33131
Tel: (305) 530-0800
Fax: (305) 530-0801

Service via transmission of Notices of Electronic Filing generated by CM/ECF