EXHIBIT 18

Para: "Puig, Jose" <Jose.Puig@umusic.com>
Asunto: RE: RV: FW: Adaptacion Waving flag III
Fecha: March 5, 2010 6:12:05 PM EST
Cc: Rafael Vergara <rafaver@mac.com>, "Artero, Rafael" <Rafael.Artero@umusic.com>

Rafa, sabemos desde el principio de tu buena voluntad y sobre todo sabemos el esfuerzo que tuviste que hacer con el poco tiempo que te dimos para trabajar.

Cuenta con los creditos en el track.

Ahora te reenvio el contrato.

Abrazo
Jose



-----Mensaje original-----
De: Rafael Vergara [mailto:rafaver@mac.com]
Enviado el: Jueves, 04 de Marzo de 2010 05:15 p.m.
Para: Puig, Jose; Artero, Rafael
Asunto: Re: RV: FW: Adaptacion Waving flag III

Hola Jose,

en relacion a nuestras conversaciones pasadas y la de hoy, quiero reafirmarme y reafirmarte los terminos hablados.

En primer lugar como sabeis, mi trabajo para con Universal Publishing es un trabajo creativo y en esto se basan mis servicios.

Cuando me propusisteis la adaptacion del tema Wavin Flag siempre se dejo una puerta abierta a solicitar un % por la adaptacion, a los autores originales;
hubiera sabido que no existia tal posibilidad desde el principio, nunca me hubiera planteado realizar dicha adaptacion, ademas quiero que quede claro que la adaptacion nada tenia que ver con el trabajo que luego realice como productor.

Aun asi, en estas semanas hemos intentado comunicarnos con los autores originales, pero nadie ha querido reconocer nuestra adaptacion y la version unica resultante de esta.

Es una lastima que los autores originales (siendo creativos) no reconozcan mi aportacion en la version oficial de Waving Flag Spanish Celebration, ademas de injusto e ilegal. Debe ser que es la primera vez que hacen algo importante, porque nunca nos habia pasado esto en ninguna otra adaptacion.

Pero como soy un hombre de palabra y honor, que no se mueve por motivos economicos, mi unica exigencia va a ser que se respeten mis creditos como productor y adaptador del tema en español, (que siempre que aparezca el nombre de cualquier compositor de esta version, aparezca mi nombre como adaptador),
y por supuesto los creditos de produccion que estan detallados en la factura enviada por esta produccion, los cuales te detallo abajo.

Por la adaptacion, pueden realizar un Work for Hire sin ninguna compensacion economica al respecto. Creo que lo legal es un dolar.

Espero que esto deje claro cual fue mi trabajo y mis buenas intenciones desde el principio.

Un abrazo.

Rafa.

P.D: Creditos de Produccion: Waving Flag Coca Cola Spanish Celebration

DEFENDANT'S EXHIBIT #70

Plaintiff-70

Background Vocals - Rafa Vergara and Vicky Echeverri
Mixing - Rafa Vergara
Mastering - Rafa Vergara

On Mar 4, 2010, at 4:06 PM, Puig, Jose wrote:

> Rafa, pdemos hablar. En nuestra conversacion no entendi esto. Todo lo contrario.
> Dime cuando te puedo llamar. Mi telefono por si acaso.+5215539776925
>
> Jose

Plaintiff-71

From: "Puig, Jose" <Jose.Puig@umusic.com>
Subject: RE: RV: FW: Adaptacion Waving flag !!!
Date: March 5, 2010 6:12:05 PM EST
To: Rafael Vergara <rafver@mac.com>, "Artero, Rafael" <Rafael.Artero@umusic.com>

Rafa, we are aware of your goodwill from the beginning, and most of all, we are aware of how hard you had to work given the little time we gave you.
You can count on the credits on the track.
I am resending you the contract.

Regards,
Jose

---

Original message
From: Rafael Vergara (mailto:rafver@mac.com)
Sent on: Thursday, March 04, 2010, 05:15 p.m.
To: Puig Jose; Artero, Rafael
Subject: Re: RV: FW: Adaptation Waving flag !!!

Hi Jose,

Regarding our previous conversations and today's, I would like to confirm the terms discussed for both of us.

In the first place, as you know, my job with Universal Publishing is a creative work, and that is the basis of my services.

When you asked me to adapt the theme Waving Flag, we always left an open door to request a percentage from the original authors for the adaptation. Had I known that there was no such possibility from the beginning, I would never had undertaken this adaptation job. Also, I want to ratify that the adaptation had nothing to do with the work I did later on as producer.

Even so, these past weeks we have tried to reach the original authors, but no one has been willing to acknowledge our adaptation and the resulting unique version.

Regrettably, the original authors, being creative as they are, won't acknowledge my contribution to the official version of Waving Flag Spanish Celebration. This is unfair and illegal. It must be that this is the first time they produce something important, because we had never faced something like this with any other adaptation.

But, since I am a man of my word and an honorable person not driven by financial motives, my only demand will be that my credits as producer and adapter of the theme in Spanish are respected (that is, any time that the name of any author of this version appears, my name as adapter should also appear), and, of course, the production credits indicated in the invoice covering this production, whose breakdown you will see below.

As for the adaptation, you may do a Work for Hire with no monetary compensation. I think that the legal amount is one dollar.
I hope this clarifies what my job was and my goodwill from the beginning.

Regards,
Rafa
P.S. Production credits: Waving Flag Coca Cola Spanish Celebration

PLAINTIFF-70

Background Vocals - Rafa Vergara and Vicky Echeverri
Mixing - Rafa Vergara
Mastering - Rafa Vergara

On Mar 4, 2010, at 4:05 PM, Puig, Jose wrote:

Rafa, Can we talk? From our conversation I reached the opposite conclusion. Tell me when I can call you. Just in case, my phone number is +5215539776925.

Jose

Plaintiff-71

De: "Puig, Jose" <Jose.Puig@umusic.com>
RV: DOCUMENTS RAFA VERGARA
March 5, 2010 7:03:43 PM EST
"rafa@rafavergara.com" <rafa@rafavergara.com>
3 Attachments, 113 KB

Rafa,
Here are the contracts.
Regards,
Jose

INVOICE 
No. 031-2009

UNIVERSAL MUSIC
Miami, Florida, USA
ATT: PEDRO GUZMAN - ALDO GONZALEZ
aldo.gonzalez@umusic.com

Date 13-01-2009
PROJECT TITLE: PRODUCTION MUSICAL & GRABACION DE
ARTIST: DAVID BISBAL
PROJECT DESCRIPTION: PRODUCTION, VOCAL EDITION, BACKGROUND VOCALS,
MIXING AND MASTERING
DATE 09-10/2007
INVOICE NUMBER: 031-2009

| Description | Quantity | Unit Price | Cost |
|---|---|---|---|
| WAVING FLAG | | | |
| SPANISH VERSION | | | $8,000.00 |
| | | Subtotal | $8,000.00 |
| | | Tax 0.00% | $0.00 |
| | | Total | $8,000.00 |

Signed,

RAFA VERGARA
URMUSIC

Plaintiff-72

**The Cakov Group**
Language Solutions, Inc.

2600 Douglas Road, Suite 1103, Coral Gables, Florida 33134
Tel: 305.854.8181 • Fax: 305.854.8122
info@cakovlanguagesolutions.com
www.cakovlanguagesolutions.com

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

### CERTIFICATION

This is to certify that the following is, to the best of our knowledge and belief, a true and accurate translation into English of the referenced Spanish language document:

~With Bates Number(s): *Plaintiff-70, Plaintiff-71 and Plaintiff-72*

Before me, the undersigned Authority, personally appears Mr. Steve Cakov who is personally known to me / is identified with the following:

~ Florida Driver's License # C210-780-47-125-1

_____
Steve Cakov
President

Sworn and subscribed before me this 08th day of November 2010.

_____
Notary Public State of Florida at Large

My commission expires:

May 28, 2013

Translation • Interpretation • On-Site Tutoring • Transcription • All Languages