UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

| | |
|---|---|
| RAFAEL "RAFA" VERGARA HERMOSILLA,<br>           Plaintiff,<br>vs.<br><br>THE COCA-COLA COMPANY, a Delaware corporation,<br>           Defendant. | CASE NO. 10-21418-CIV-MOORE/SIMONTON |

## MOTION FOR AN ENLARGEMENT OF TIME TO MOVE TO EXCLUDE EXPERT WITNESS TESTIMONY OF DR. GERARD TELLIS

Plaintiff, RAFAEL "RAFA" VERGARA HERMOSILLA, by and through his undersigned counsel and pursuant to Fed. R. Civ. P. 6, hereby submits his Motion for an Enlargement of Time to Move to Exclude Expert Witness Testimony of Dr. Gerard Tellis, and in support thereof states as follows:

1. Pursuant to this Court's January 17, 2011 Scheduling Order [D.E. 144], trial is set for March 14, 2011 and the final pre-trial conference is scheduled for March 1, 2011.

2. Pursuant to Local Rule 16.1(j), memoranda treating any unusual questions of law, including motions *in limine*, are to be served no later than seven (7) days prior to the pre-trial conference.

3. Pursuant to this Court's February 11, 2011 Order [D.E. 156], expert discovery was extended until February 22, 2011 - the date upon which Dr. Tellis was deposed.

4. Mr. Vergara requests a two (2) day enlargement of time through and including Thursday, February 24, 2011 to complete his Motion to Exclude Expert Witness Testimony of

Dr. Gerard Tellis based on information first learned through the deposition testimony of Dr. Tellis.

5.  During his deposition, Dr. Tellis disclosed that he has no opinions about Coca-Cola's 2010 FIFA World Cup marketing campaign, Coca-Cola's profits attributable to its infringing use of the musical composition Wavin' Flag (Spanish Celebration) ("Mr. Vergara's Work") or Coca-Cola's damages associated with that infringement. Additionally, all of Dr. Tellis' opinions appear to be extracted from a scholarly article[1] he joint-authored which consists of a general analysis of over 1100 marketing campaigns, none of which Dr. Tellis was able to specifically connect to Coca-Cola's 2010 FIFA World Cup marketing campaign.

6.  Dr. Tellis testified that he did not conduct any analysis or examination of Coca-Cola's 2010 FIFA World Cup marketing campaign, Coca-Cola's other marketing campaigns, a targeted analysis of the marketing effectiveness of the soft drink or beverage industries, or a targeted analysis of marketing effectiveness for campaigns related to sporting events. Further, Dr. Tellis testified that he did not perform any analysis of the apportionment of Coca-Cola's revenues that may be attributable to other marketing campaigns during the relevant time period or revenues that may be attributable to aspects of Coca-Cola's 2010 FIFA World Cup marketing campaign other than Mr. Vergara's Work. In fact, Dr. Tellis did not analyze any of the approximately 1100 marketing campaigns summarized in his Article to determine if they were relevant comparisons to Coca-Cola's 2010 FIFA World Cup marketing campaign.

7.  As the full extent of the defects in Dr. Tellis' opinion were not known until the conclusion of his deposition, Mr. Vergara respectfully requests a brief two (2) day enlargement of time to complete his Motion to Exclude the Expert Witness Testimony of Dr. Tellis.

---

[1]  "How Well Does Advertising Work? Generalizations from a Meta-Analysis of Brand Advertising Elasticity" Sethuraman, Tellis and Briesch 2011 (presently unpublished) (hereinafter the "Article").

-2-

**KAPLAN ZEENA LLP**
2 South Biscayne Boulevard, One Biscayne Boulevard Suite 3050, Miami, Florida  33131
Telephone:  (305) 530-0800; Facsimile:  (305) 530-0801

## CERTIFICATION OF PRE-FILING CONFERENCE

8.  Counsel for Mr. Vergara has conferred with Coca-Cola and is authorized to represent that Coca-Cola opposes the requested relief.

WHEREFORE, it is respectfully requested that the within Motion be granted and Mr. Vergara's Motion to Exclude the Expert Testimony of Dr. Tellis be filed on or before February 24, 2011 and grant such other relief as is deemed just and proper.

Dated this  22nd  day of February, 2011.   Respectfully submitted,

**KAPLAN ZEENA LLP**
Attorneys for *Rafael Vergara Hermosilla*
2 South Biscayne Blvd.
One Biscayne Tower, Suite 3050
Miami, FL  33131
Tel:    (305) 530-0800
Fax:    (305) 530-0801


By:  /s/ Adam K. Hodges
JAMES M. KAPLAN
Florida Bar No. 921040
MICHAEL C. FOSTER
Florida Bar No. 0042765
ADAM K. HODGES
Florida Bar No. 0023995

-3-

**KAPLAN ZEENA LLP**
**2 South Biscayne Boulevard, One Biscayne Boulevard Suite 3050, Miami, Florida  33131**
**Telephone:  (305) 530-0800; Facsimile:  (305) 530-0801**

*Rafael Vergara Hermosilla v.*
*The Coca-Cola Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __22nd__ day of February, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day upon: Sanford L. Bohrer, Esq. and Brian A. Briz, Esq., Holland & Knight, LLP, 701 Brickell Avenue, Suite 3000, Miami, FL 33131; Gordon P. Katz, Esq., Holland & Knight, LLP, 10 St. James Avenue, 11th Floor, Boston, MA 02116; Vernon M. Strickland, Esq., Holland & Knight, LLP, 1201 West Peachtree Street, One Atlantic Center, Suite 2000, Atlanta, GA 30309, *Attorneys for the Coca-Cola Company*, via transmission of Notice of Electronic Filing generated by CM/ECF.

 /s/ Adam K. Hodges
Adam K. Hodges

**KAPLAN ZEENA LLP**
**2 South Biscayne Boulevard, One Biscayne Boulevard Suite 3050, Miami, Florida  33131**
**Telephone:  (305) 530-0800; Facsimile:  (305) 530-0801**